**Order entered November 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01293-CV

### USA EROSION, INC., Appellant

### V.

### W.W. CONSTRUCTION WATERING SERVICE, LLC, Appellee

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-09061**

## ORDER

We **GRANT** court reporter Diane L. Robert's November 3, 2014 request for extension of

time to file record and **ORDER** the reporter's record be filed no later than November 25, 2014.


/s/     ADA BROWN
          JUSTICE